IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                                         CRIMINAL NO. 2:18-cr-23-KS-MTP

CARL NICHOLSON                                                        DEFENDANT

## ORDER

THE COURT ORDERS that the trial of the above styled case is reset to begin December 3, 2018, at 9:00 a.m. in Courtroom 1 of the Colmer Federal Building, Hattiesburg, Mississippi. An Amended Trial Order will be entered by the Magistrate Judge.

The telephone conference set for August 21, 2018, at 2:00 p.m. is cancelled.

SO ORDERED this the __16th____ day of August, 2018.

                                      __s/Keith Starrett_____
                                      U.S. DISTRICT JUDGE