# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                          CIVIL CASE NO. 2:18cr23-KS-MTP

CARL NICHOLSON

## **ORDER**

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts and that proper provision for said jurors' meals be made at the expense of the United States until such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this the __8th__ day of February, 2019.

                                                 _s/Keith Starrett_
                                                 UNITED STATES DISTRICT JUDGE